UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GINTER LOGISTICS SERVICE CO., LTD,:

V.

ACH FREIGHT FORWARDING, INC.,
et al.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 8677 (LAP)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   ParticularMotion: _____
   _____
   All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        Nov. 1, 2007

_Loretta A. Preska_
United States District Judge