LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Defendants
ACH Freight Forwarding, Inc. and
Jimin Zhou a/k/a Jimmy Zhou

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| GINTER LOGISTICS SERVICE CO, LTD., | 07 civ. 8677 (LAP)(KNF) |
| Plaintiff, | |
| -against- | |
| ACH FREIGHT FORWARDING, INC., JIMIN ZHOU a/k/a JIMMY ZHOU, XIAO JI HE d/b/a PACIFIC JIN AN TRADING, INC. and XIN MIAO, INC., | **NOTICE OF APPEARANCE** |
| Defendants | |

----------------------------------------------------------------x

TO THE CLERK OF THIS COURT
AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for ACH FREIGHT FORWARDING, INC. ("ACH") and JIMIN ZHOU a/k/a JIMMY ZHOU ("Zhou"), two of the defendants named herein. I certify that I am admitted to practice in this court.

Dated: New York, New York
       November 5, 2007

                                                      LAW OFFICES OF BING LI, LLC
                                                      Attorneys for Defendants ACH and Zhou

                                                      By:/s/_____
                                                        Bing Li (BL 5550)