LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Defendants
ACH Freight Forwarding, Inc. and
Jimin Zhou a/k/a Jimmy Zhou


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
GINTER LOGISTICS SERVICE CO, LTD.,                    07 civ. 8677 (LAP)(KNF)

                              Plaintiff,

    -against-

ACH FREIGHT FORWARDING, INC., JIMIN         **NOTICE OF MOTION**
ZHOU a/k/a JIMMY ZHOU, XIAO JI HE
d/b/a PACIFIC JIN AN TRADING, INC.
and XIN MIAO, INC.,

                              Defendants

----------------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Bing Li made the

5th day of November, 2007, together with the exhibits annexed thereto, and the

Memorandum of Law dated November 5, 2007, and upon all of the pleadings and

proceedings heretofore had herein, defendants ACH FREIGHT FORWARDING, INC.

("ACH") and JIMIN ZHOU a/k/a JIMMY ZHOU ("Zhou") (jointly the "moving

defendants') shall move this Court before the Honorable Loretta A. Preska, U.S.D.J., at the

United States Courthouse, 500 Pearl Street, Courtroom 12A, New York, NY 10007,

returnable on a date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of

the Federal Rules of Civil Procedure (i) dismissing the Fourth Cause of Action for

Conversion and Fifth Cause of Action for Fraudulent Inducement as against the Moving Defendants, (ii) dismissing each of the six causes of action as against Zhou personally, and (iii) granting the moving defendants such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1 of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memorandum of law shall be served within four (4) business days after service of the moving papers.

Dated: New York, New York
       November 5, 2007

                              LAW OFFICES OF BING LI, LLC

                              By:/s/_____
                                 Bing Li
                                 1350 Broadway, Suite 1001
                                 New York, NY 10018-0947
                                 (212) 967-7690
                                 Attorneys for Defendants
                                 JIMIN ZHOU a/k/a/ JIMMY ZHOU
                                 ACH FREIGHT FORWARDING INC.

## **CERTIFICATE OF SERVICE**

      I, Bing Li, an attorney admitted to practice law before this Court, hereby certify that on this 5th day of November, 2007, I served a true copy of the within Notice of Motion, Declaration of Bing Li, and Defendants' Memorandum of Law in Support of the Motion via regular mail on the parties herein named:

      DAI & ASSOCIATES, P.C.
      136-18 39th Avenue, Suite 1102
      Flushing, NY 11354
      (718) 888-8880
      (718) 888-9270 (facsimile)
      Attention: Yuan Zheng, Esq. (YZ 1975)
      Attorneys for Plaintiff

      Xiao Ji He d/b/a Pacific Jin An Trading, Inc.
      110-90 Dunkirt Street, 1st Floor
      Jamaica, NY 11412
      Defendant

      Xin Miao, Inc.
      110-90 Dunkirt Street, 1st Floor
      Jamaica, NY 11412
      Defendant

      _____
      Bing Li (BL 5550)