VERIFICATION

State of New York        )
                         )ss.:
County of Queens         )

XIAO JI HE, being duly sworn, deposes and says:

I am the operation manager for PACIFIC JIN AN TRADING, INC., which is a defendant in the within action; I have read the Answer to Verified Complaint and knows the contents thereof; that the same is true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

Dated: Flushing, New York
       November  6  , 2007

_____
XIAO JI HE

Sworn to before me this
6th Day of November, 2007

_____
Notary Public

**KENJI FUKUDA**
**Notary Public, State of New York**
No. 02FU6143921
Qualified in Queens County
Commission Expires April 24, 20 10