UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GINTER LOGISTICS SERVICE CO, LTD,

                                                Index No. 07 CIV 8677

                  Plaintiff,

         -against-                          **VERIFIED ANSWER TO**
                                             **XIAO JI HE D/B/A PACIFIC**
ACH FREIGHT FORWARDING, INC., JIMIN ZHOU    **JIN AN TRADING, INC.'S**
 a/k/a JIMMY ZHOU, XIAO JI HE d/b/a PACIFIC JIN AN  **COUNTERCLAIM**
TRADING, INC. and XIN MAIO, INC.,

                       Defendants.
-----------------------------------------------------------------X
          Ginter Logistics Service Co, Ltd. ("Ginter"), by its attorneys, Dai & Associates,

P.C., based on information and belief, answers to Xiao Ji He d/b/a Pacific Jin An

Trading, Inc.'s counterclaim as follows:

    1. Deny knowledge or information sufficient to form a belief as to the truth of the

        allegations contained in paragraph 49 of the counterclaim;

    2. Deny knowledge or information sufficient to form a belief as to the truth of the

        allegations contained in paragraph 50 of the counterclaim;

    3. Deny knowledge or information sufficient to form a belief as to the truth of the

        allegations contained in paragraph 51 of the counterclaim;

    4. Deny knowledge or information sufficient to form a belief as to the truth of the

        allegations contained in paragraph 52 of the counterclaim.

      WHEREFORE, Ginter respectfully requests a judgment

  1)   dismissing the counterclaim against Ginter;

  2)   denying all the relieves sought against Ginter;

  3)   granting Ginter legal fees and costs in this action; and

  4)   for such other and further relief as this court may deem just and proper.

Dated: Flushing, New York
       November 26, 2007

                                        Dai & Associates, P.C.

                              **By:**    **/s/Yuan Zheng_____**
                                        Yuan Zheng, Esq. (YZ1975)
                                        Attorneys for Plaintiff
                                        138-18 39th Ave, Suite 1102
                                        Flushing, New York 11354
                                        Tel: (718) 888-8880

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of November, 2007, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the registered participants for this action and was served via U.S. Mail by the United States Postal Service on the following non-participant in Electronic Case Filing:

Xin Maio, Inc. at 110-90 Dunkirk Street, 1st Floor, Jamaica, NY 11412.

                                        **/s/Yuan Zheng_____**
                                        Yuan Zheng, Esq. (YZ1975)

## VERIFICATION

YUAN ZHENG, an attorney duly admitted to practice law in the State

of New York, hereby affirms the truth of the following under penalty of perjury and

pursuant to CPLR §2106:

I am an associate of Dai & Associates, P.C., attorney for plaintiff Ginter Logistics

Service Co., Ltd and I have read the contents of the foregoing answer and it is true to my

knowledge, except as to the matters therein stated to be alleged on information and belief

and that as to those matters I believe them to be true.

( X )   I make this verification because plaintiff resides outside of the county
where Dai & Associates, P.C. maintains its office.

( X )   I make this verification because plaintiff is a corporation and Dai &
Associates, P.C. is its attorney in this action and my knowledge is based
upon all facts and corporation records available and in my possession.

Dated:  Flushing, New York
        November 26, 2007

_____/s/Yuan Zheng_____
YUAN ZHENG