# DAI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1102
Flushing, New York 11354
Telephone: (718) 888-8880
Facsimile: (718) 888-9270

SHANGDAI
DAWEI GONGSUN*
RICHARD J. MIGLIACCIO*
YUAN ZHENG*
*ADMITTED IN NY

OF COUNSEL
RICHARD A. ROTH
ELLIOT L. LEWIS
RALPH GERSTEIN
PAUL H. SCHIETROMA
CHARLES H. RUBENSTEIN

November 23, 2007

*Via Facsimile (212) 805-7941*

Hon. Loretta A. Preska
500 Pearl Street, Room 1320
New York, NY 10007

Hon. Kevin Nathaniel Fox, Magistrate Judge
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

Re:  Plaintiff's Request for Extension of Time
For Opposing Defendant's Motion to Dismiss
Ginter Logistics Services Co., Ltd. v. ACH Freight Forwarding, Inc., et. al.
07 CIV 8677 (KNF)

Dear Judges:

We are counsel representing Ginter Logistics Service Co., Ltd. ("Ginter") in the above-mentioned case, and we are writing to request Ten (10) additional days to file plaintiff's oppositions to the motion to dismiss filed by defendants ACH Freight Forwarding, Inc. ("ACH") and Jimin Zhou a/k/a Jimmy Zhou ("Zhou").

Defendants ACH and Zhou filed the motion to dismiss on or about November 5, 2007 via CM/ECF system. Pursuant to the Court's Local Rule 6.1, we should file the opposition paper on or before November 16, 2007. We have come upon unexpected pressing matters in other cases that have diverted our attention from this response date. It is fully expected that plaintiff's opposition paper will be filed within ten days, on December 3, 2007. This extension of time will not prejudice defendants' interest in this case.

No prior request for extension of time is made. We have contacted Law Office of Bing Li, attorneys for defendants ACH and Zhou who has agreed not to oppose to this request of extension.

For the foregoing reasons, plaintiff requests until December 3, 2007 file its opposition to the motion to dismiss, and for all other just and appropriate relief.

So ordered,
November 29, 2007  Loretta A. Preska, USDJ

Very truly yours,
Dai & Associates, P.C.

By: /s/ Yuan Zheng
Yuan Zheng

cc: Law Office of Bing Li, LLC, attorneys for defendant ACH and Zhou, by (917) 591-9292;

Kevin Kerveng Tung, P.C. attorneys for defendant Xiao Jie He d/b/a Pacific Jin An Trading, Inc. by (718) 939-4468;