UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GINTER LOGISTICS SERVICE CO, LTD,

                Plaintiff,

    -against-

ACH FREIGHT FORWARDING, INC., JIMIN ZHOU a/k/a JIMMY ZHOU, XIAO JI HE d/b/a PACIFIC JIN AN TRADING, INC. and XIN MAIO, INC.,

                Defendants.
----------------------------------------------------------------X

Index No. 07 CIV 8677

DECLARATION OF YUAN ZHENG IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

       Yuan Zheng, an attorney duly admitted to practice before this Court, declares under the penalty of perjury as follows:

       1. I am an associate of Dai & Associates, P.C., attorneys for plaintiff Ginter Logistics Service Co, Ltd. ("Ginter").

       2. I respectfully submit this declaration in opposition to the motion to dismiss filed by defendants ACH Freight Forwarding, Inc. ("ACH") and Jimin Zhou a/k/a Jimmy Zhou ("Zhou").

       3. Copies of the wire transfer application form dated July 28, 2006 and a signed check from co-defendant Pacific Jin An Trading, Inc. to ACH are annexed hereto as Exhibit A.

       4. A copy of Plaintiff's Verified Complaint is incorporated herein from Defendants' Motion to Dismiss filed on the 6th day of November, 2007.

Dated: Flushing, New York
      December 3, 2007             /s/ _____
                                          Yuan Zheng (YZ1975)