# Exhibit A

**PACIFIC JIN AN TRADING**
2216 COLLEGE POINT BLVD
COLLEGE POINT, NY 11356

123
1-7055/2260
46

DATE _____

PAY TO THE ORDER OF ACH FREIGHT FORWARDING INC   $ 15322.89

FIFTEEN Thousand Three Hundred & Twenty-Two 89/100 DOLLARS

**GreenPoint Bank**
FLUSHING/ROOSEVELT OFFICE #046
136-21 ROOSEVELT AVENUE, FLUSHING, NY 11354

⑈000123⑈ ⑆226070555⑆ 62 29 70378 7⑈

**GREAT EASTERN BANK**
冠東銀行

MIDTOWN HEADQUARTERS
235 FIFTH AVENUE
NEW YORK, NY 10016
TEL: (212) 725-3800 Ext. 227
FAX: (212) 683-7823
EMAIL: GEBFZ513@GEBANK.COM

CHINATOWN BRANCH
16-18 E. BROADWAY
NEW YORK, NY 10002
TEL (212) 941-8500
FAX (212) 941-8492

FLUSHING BRANCH
41-48 MAIN STREET
FLUSHING, NY 11355
TEL: (718) 886-7500, EXT. 105, 110
FAX: (718) 886-6938

FLUSHING NORTH BRANCH
36-54 MAIN STREET
FLUSHING, N.Y. 11354
TEL (718) 683-3800
FAX (718) 460-4509

BROOKLYN BRANCH
5501 EIGHTH AVENUE
BROOKLYN, NY 11220
TEL (718) 683-3000
FAX (718) 686-1690

匯款申請書
APPLICATION FOR TRANSFER OF FUNDS

Date 日期: JULY 28, 2006                            NO: 1___

Please Transfer By  [X] WIRE  [ ] MAIL   OF US $ 35,000,00
請貴行            電匯       信匯      美金

| | |
|---|---|
| PAYEE'S BANK AND BRANCH 收款人的銀行及分行名稱 | BANK OF CHINA BEIJING XIAN DAI CHENG SUB-BRANCH. |
| PAYEE'S A/C NO. 收款人的銀行帳號 | 13016508091014     FRB 國內 ABA NO.   AEB 國外 UID   BC |
| PAYEE'S NAME 收款人的姓名 | GINTER LOGISTICS SERVICE CO,LTD. |
| PAYEE'S ADDRESS 收款人的地址 | 5-2-102,FIRST CITY,NO.19 XIDOWANG LU,CHAOYANG DISTRICT CHINA |
| PAYEE'S TELEPHONE 收款人的電話 | 86-10-87755456     PAYEE'S ID No.: 收款人的身份證字號 |

BY ORDER OF 匯款人: A C H FREIGHT FORWARDING INC.

MESSAGE (IF ANY) 附言:

SOURCE OF FUNDS BY 付款方法: [ ] CASH 現金   [ ] CHECK 支票   [X] CHARGE MY A/C# 從帳戶扣付 110 448 15

THE UNDERSIGNED HEREBY AGREE TO THE INDEMNIFICATION AGREEMENT SET FORTH ON THE REVERSE SIDE HEREOF. PLEASE BE ADVISED ALL BANKING CHARGES ASSESSED BY ANY INTERMEDIARY AND/OR PAYING BANKS ARE EXCLUDED. 匯款人同意本申請書背面有關匯款之規定。本行收取手續費不含中間銀行或/和付款銀行所收取的銀行費用。

匯款人簽字 _(signature)_
APPLICANT'S SIGNATURE
TEL 電話: 1718-888-7886

ADDRESS 匯款人地址: 41-10A MAIN STREET, 2FL FLUSHING   I.D. NO. 匯款人身份證字號: _____

**FOR BANK USE ONLY**

| AVAILABLE BALANCE: | CONFIRMED BY | OFAC CHECKED BY |
|---|---|---|
| CURRENT BALANCE: | DATE RECEIVED | DATE EXECUTED |
| T/T AMOUNT   US$ 35,000,00 | PREPARED BY (CSR) | APPROVED BY |
| CABLE/COMM:   US$ 30.00 | INPUT BY | CABLE RM. APPROVED BY |
| USD TOTAL:   US$ 35,030,00 | | |
| REF NO. | | |

ORIGINAL COPY