# LAW OFFICES OF BING LI, LLC
ATTORNEYS AT LAW

1350 BROADWAY, SUITE 1001
NEW YORK, NY 10018-0947
TELEPHONE: (212) 967-7690
FACSIMILE: (917) 591-9292

NEW JERSEY OFFICE
403 KING GEORGE ROAD, SUITE 201
BASKING RIDGE, NJ 07920-3832
TELEPHONE: (908) 647-9300
TELECOPIER: (908) 647-9301

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```

BING L.[*]
bli@bllllc.com

[*] MEMBER NY & NJ BARS

December 7, 2007

**VIA FACSIMILE (212-805-7941)**
Hon. Loretta A. Preska, U.S.D.J.
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> Re:   Ginter Logistics Services Co., Ltd.
>       v. ACH Freight Forwarding, Inc. et al.
>       07 Civ. 8677 (LAP) (KNF)

Dear Judge Preska:

My office represents defendants ACH Freight Forwarding, Inc. and Jimin Zhou a/k/a Jimmy Zhou in connection with the above-referenced matter (the "moving defendants"). This letter is respectfully submitted to request that the Court grant an extension of time in which to file the moving defendants' reply papers to plaintiff's opposition until **December 14, 2007**. The extension is necessary because I just completed a 7-day trial on Tuesday before Chief Magistrate Judge Gold, EDNY, and will need to clear several other matters. Plaintiff's counsel (by Yuan Zheng, Esq.) have consented to the application. The Court's attention to this matter is greatly appreciated.

SO ORDERED
_/s/ Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
December 10, 2007

Respectfully submitted,

_/s/ Bing Li_
Bing Li

cc: Yuan Zheng, Esq. (via facsimile 718-888-9270)
    Kevin K. Tung, Esq. (via facsimile 718-939-4468)
    ACH Freight Forwarding Inc.