UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GINTER LOGISTICS SERVICE CO., LTD.,

                    Plaintiff,

      -against-

ACH FREIGHT FORWARDING, INC., JIMIN ZHOU a/k/a JIMMY ZHOU, XIAO JI HE d/b/a PACIFIC JIN AN TRADING, INC. and XIN MAIO, INC.,

                    Defendants.
------------------------------------------------------------------X

Docket No.: 07-CIV-8677 (LAP)

**ATTORNEY SUBSTITUTION**

**C O U N S E L O R S:**

**PLEASE TAKE NOTICE**, that, pursuant to the Federal Rule of Civil Procedure and the rules of the Court, attorneys for Plaintiff, DAI & ASSOCIATES, P.C., hereby substitute Joel Scott Ray (JR7750) for Yuan Zheng(YZ1975).

    1.    The name, address, telephone number and email address of the new Lead Attorney are as follows:

> Joel Scott Ray (JR7750)
> DAI & ASSOCIATES, P.C.
> 136-18 39th Avenue, Ste. 1102
> Flushing, NY 11354
> (718) 888-8880
> jray@daiassociates.com

    2.    Joel Scott Ray is substituted as the Lead Attorney and Attorney to be Noticed for Plaintiff in place of and instead of Yuan Zhen.

3.      The reason for this substitution is that Yuan Zheng recently gave birth to a child and has been given maternity leave by the Firm.  During the period of her maternity leave she is not working and is not handling any cases for the Firm.  Accordingly, Joel Scott Ray, an associate of DAI & ASSOCIATES, P.C. is to be substituted in her place.

Dated: Flushing, New York
       June 6, 2008

                                                    Respectfully submitted,
                                                    DAI & ASSOCIATES, P.C.


                                       *By:*   /s/_____
                                                    Joel Scott Ray (JR7750)
                                                    Attorneys for Plaintiff
                                                    138-18 39th Ave, Suite 1102
                                                    Flushing, New York 11354
                                                    Tel: (718) 888-8880

To:   THE LAW OFFICE OF BING LI, LLC
      Attorneys for Defendants
      ACH FREIGHT FORWARDING, INC.
      and JIMIN ZHOU a/k/a JIMMY ZHOU
      1350 Broadway, Ste. 1001
      New York, NY 10018
      (212) 967-7690

      KEVIN KERVENG TUNG, P.C.
      Attorneys for Defendant
      XIAO JI HE d/b/a PACIFIC
      JIN AN TRADING, INC
      33-70 Prince Street, CA-25
      Flushing, NY 11354
      (718-939-4633)

      XIN MIAO, INC.
      None Appearing Party
      110-90 Dunkirk Street, 1st Floor
      Jamaica, NY 11412

CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2008, the foregoing was filed electronically through the Electronic Case Filing ("ECF") system to be served by operation of the Court's ECF system upon the participating parties and by the U.S. Postal Officer's first class mail upon the non-participating party:

Xin Miao, Inc.<br>
110-90 Dunkirk Street, 1st Floor<br>
Jamaica, NY 11412

                                                            /s/
                                             Joel Scott Ray(JR7750)