LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Defendant
ACH Freight Forwarding, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
GINTER LOGISTICS SERVICE CO, LTD.,                07 civ. 8677 (LAP)(KNF)

                              Plaintiff,

    -against-

ACH FREIGHT FORWARDING, INC., JIMIN              **RULE 7.1 STATEMENT**
ZHOU a/k/a JIMMY ZHOU, XIAO JI HE
d/b/a PACIFIC JIN AN TRADING, INC.
and XIN MIAO, INC.,

                              Defendants
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>ACH Freight Forwarding, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    <u>None</u>

Dated: New York, New York
          July 21, 2008

                                          LAW OFFICES OF BING LI, LLC
                                          Attorneys for Defendants ACH Freight
                                          Forwarding, Inc.

                                          By:/s/_____
                                            Bing Li (BL 5550)