# DAI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1102
Flushing, New York 11354
Telephone: (718) 888-8880
Facsimile:   (718) 888-9270

SHANG DAI*
DAWEI GONGSUN*
RICHARD J. MIGLIACCIO*
YUAN ZHENG*
JUN WANG*
JOEL SCOTT RAY*‡
*ADMITTED IN NY
‡ADMITTED IN NY& CT

OF COUNSEL
RICHARD A. ROTH
ELLIOT L. LEWIS
RALPH GERSTEIN
PAUL H. SCHIETROMA
CHARLES H. RUBENSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

July 18, 2008

<u>VIA FACSIMILE (212) 805-7941</u>
HON. LORETTA A. PRESKA, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Rm. 1320
New York, New York 10007

      Re:   *Ginter Logistics Services Co., Ltd. v.*
              *ACH Freight Forwarding, Inc., et al.*
              **Docket No.: 07-CIV-8677 (LAP)**

Dear Hon. Judge Preska:

      We represent Plaintiff, GINTER LOGISTICS SERVICES CO., LTD., in the above referenced matter. Plaintiff and Defendant, ACH FREIGHT, have been discussing settlement, but the parties are too far apart for a settlement conference to be beneficial. Further, the other answering Defendant, XIAO JI HE d/b/a PACIFIC JIN AN TRADING, INC., is ignoring this matter. Accordingly, we do not want to have a settlement conference at this time and will proceed with discovery.

                              Respectfully submitted,
                              DAI & ASSOCIATES, P.C.

                              By: Joel Scott Ray (JR7750)

cc:  Via Facsimile Only
      Law office of Bing Li, LLC
      Kevin Kerveng Tung, P.C.

*[Handwritten order:]* Counsel shall confer and propose dates for concluding discovery. SO ORDERED

*/s/* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 23, 2008