DAI & ASSOCIATES, P.C.
Joel Scott Ray (7750)
Queens Crossing Business Center
136-20 38th Avenue, 9F
Flushing, NY 11354
(718) 888-8880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GINTER LOGISTICS SERVICE CO., LTD.,

                Plaintiff,

    -against-

ACH FREIGHT FORWARDING, INC., JIMIN ZHOU
a/k/a JIMMY ZHOU, XIAO JI HE d/b/a PACIFIC JIN
AN TRADING, INC. and XIN MAIO, INC.,

                Defendants.
-------------------------------------------------------------X

Docket No.: 07-CIV-8677 (LAP)

**NOTICE OF DEFAULT**

**TO THE CLERK OF THE COURT
AND ALL PARTIES OF RECORD:**

        JOEL SCOTT RAY, an attorney duly admitted to practice before this Court, declares under the penalties of perjury as follows:

        **PLEASE TAKE NOTICE** that, pursuant to Rule 55 of the Federal Rules of Civil Procedure, Defendant, XIN MAIO, INC., has failed to plead or otherwise appear to defend this matter as provided by the F.R.C.P. and therefore, Plaintiff requests that the Court enter a default for said Defendant.

        I declare, pursuant to 28 U.S.C. §1746, under penalty of perjury that the foregoing is true and correct.

Dated: Flushing, New York
        August 7, 2008

                                          Respectfully submitted,

                                          /s/ _____
                                               Joel Scott Ray (JR7750)

## CERTIFICATE OF SERVICE

I, Joel Scott Ray, hereby certify that on August 8, 2008, the foregoing, **NOTICE OF DEFAULT**, was filed electronically through the Electronic Case Filing ("ECF") system to be served by operation of the Court's ECF system upon the participating parties and by the U.S. Postal Officer's first class mail upon the non-participating party:

Xin Miao, Inc.
110-90 Dunkirk Street, 1st Floor
Jamaica, NY 11412

Dated: Flushing, New York
       August 8, 2008

/s/ _____
Joel Scott Ray (JR7750)