DAI & ASSOCIATES, P.C.
Joel Scott Ray (7750)
Queens Crossing Business Center
136-20 38th Avenue, 9F
Flushing, NY 11354
(718) 888-8880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GINTER LOGISTICS SERVICE CO., LTD.,

     Plaintiff,

  -against-

ACH FREIGHT FORWARDING, INC., JIMIN ZHOU
a/k/a JIMMY ZHOU, XIAO JI HE d/b/a PACIFIC JIN
AN TRADING, INC. and XIN MAIO, INC.,

     Defendants.
-----------------------------------------------------------X

Docket No.: 07-CIV-8677 (LAP)

## NOTICE OF CHANGE OF ADDRESS

**TO THE ATTORNEY ADMISSION
CLERK AND ALL OTHER PARTIES:**

  **PLEASE TAKE NOTICE** that, pursuant to Local Rule 1.3 of this Court, the following attorney information changes are for the Law Firm of DAI & ASSOCIATES, P.C.:

  From: 136-18 39th Avenue, Ste. 1102
      Flushing, NY 11354

  To:  Queens Crossing Business Center
      136-20 38th Avenue, 9F
      Flushing, NY 11354

  The telephone number, fax number and e-mail addresses will remain the same.

Dated: Flushing, New York
    August 8, 2008

                 Respectfully submitted,

                 /s/ _____
                 Joel Scott Ray (JR7750)

## CERTIFICATE OF SERVICE

I, Joel Scott Ray, hereby certify that on August 8, 2008, the foregoing, **NOTICE OF CHANGE OF ADDRESS**, was filed electronically through the Electronic Case Filing ("ECF") system to be served by operation of the Court's ECF system upon the participating parties and by the U.S. Postal Officer's first class mail upon the non-participating party:

Xin Miao, Inc.
110-90 Dunkirk Street, 1st Floor
Jamaica, NY 11412

Dated: Flushing, New York
August 8, 2008

/s/ *[signature]*
Joel Scott Ray (JR 3750)